entered February 7, 1911, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a verdict in an action to recover for goods alleged to have been sold and delivered to defendant's wife.

*Louis T. Noonan* for appellant.

*Godfrey Goldmark* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN E. SCHULTZ, Appellant.

*People* v. *Schultz*, 149 App. Div. 844, affirmed.
(Argued May 24, 1912; decided June 11, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1912, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 314 of the Banking Law in having charged and received interest greater than the legal rate upon a loan of less than two hundred dollars.

*Ernest P. Seelman* for appellant.

*James C. Cropsey, District Attorney* (*John M. Perry* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.